

| | | | | |
|---|---|---|---|---|
| Bell v. State .................. | 02A03–1606–CR–1242 | 12/19/2016 | BARNES, J.<br>KIRSCH, J.<br>ROBB, J. | Affirmed<br>Concurs<br>Concurs |
| Spinks v. State................. | 32A04–1605–CR–1165 | 12/19/2016 | BARNES, J.<br>KIRSCH, J.<br>ROBB, J. | Affirmed<br>Concurs<br>Concurs |
| Hickingbottom v. State .......... | 45A05–1606–CR–1362 | 12/19/2016 | BARNES, J.<br>KIRSCH, J.<br>ROBB, J. | Affirmed<br>Concurs<br>Concurs |
| Payton v. State................. | 22A01–1605–CR–980 | 12/19/2016 | BARNES, J.<br>BAILEY, J.<br>RILEY, J. | Affirmed<br>Concurs<br>Concurs |
| Butler v. State ................. | 82A01–1512–PC–2269 | 12/20/2016 | BROWN, J.<br>BAKER, J.<br>MAY, J. | Affirmed<br>Concurs<br>Concurs |
| Smith v. State ................. | 15A04–1601–CR–148 | 12/20/2016 | BROWN, J.<br>ROBB, J.<br>MATHIAS, J. | Affirmed<br>Concurs<br>Concurs |
| S.B. v. J.B. .................... | 64A03–1603–DR–533 | 12/20/2016 | BAKER, J. | The judgment of the trial court is Reversed and Remanded |